# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID JEEP, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:07CV1116 CEJ |
| PHILIP JONES SR., et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's pro se "motion to extend the complaint," filed on September 7, 2007. This action was dismissed on June 19, 2007, and the plaintiff thereafter filed a notice of appeal. As the case is now pending before the United States Court of Appeals for the Eighth Circuit, the district court lacks jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's pro se "motion to extend the complaint" [#12] is **denied**.

Dated this 10th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE